# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tammy Pusser, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Job Services North Dakota, | ) | Case No. 1:17-cv-063 |
| | ) | |
| Defendant. | ) | |

The Clerk's office shall seal attachment No. 2 to plaintiff's motion for leave to proceed *in forma pauperis* as it contains sensitive personal information.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court